1  James D. Weakley, Esq.      Bar No. 082853
2  Erica M. Camarena, Esq.     Bar No. 227981

3  THE LAW FIRM OF
   WEAKLEY, RATLIFF,
   ARENDT & McGUIRE, LLP
4  1630 East Shaw Avenue, Suite 176
   Fresno, California   93710
5
6  Telephone: (559) 221-5256
   Facsimile:  (559) 221-5262

7  Attorneys for Defendants, COUNTY OF FRESNO, DEPARTMENT OF CHILD ABDUCTION
   UNIT, WILLIAM FRANK, RON HOPPER, DENNIS LEWIS and EDWARD HUNT
8

9                         UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11

12 LARRY SYNCLAIR, SR.,                )   1:01cv6546 AWI DLB
                                       )
13        Plaintiff                    )   **STIPULATION AND ORDER TO**
                                       )   **CONTINUE STATUS CONFERENCE**
14     vs.                             )
                                       )   Date: July 23, 2007
15 COUNTY OF FRESNO, et al.            )   Time: 9:00 a.m.
                                       )   Courtroom: Nine
16        Defendant                    )   Honorable Dennis L. Beck
   _____ )

17

18         IT IS HEREBY STIPULATED by and between the parties that the Status Conference

19 currently set to take place on July 23, 2007 at 9:00 a.m., will be continued to September 24, 2007

20 at 9:00 a.m., contingent upon the Court's availability.

21         The purpose for this continuance is due in part because plaintiff, Larry Synclair, Sr. who is

22 now proceeding *in pro per*, has recently relocated from the state of Oregon to Texas.  Given his

23 recent move, he was not aware of the Status Conference until defense counsel contacted him to

24 discuss the Joint Status Report.  The Notice that was served on plaintiff by the Court was mailed

25 to his Oregon address, which has not been forwarded to plaintiff.

26         In addition, plaintiff's documents relating to this case are not readily accessible as they

27 remain in boxes due to his move.  Plaintiff has requested a continuance so that he can prepare

28 himself and possibly make arrangements to appear in person at the continued Status Conference.
   Defendants have agreed to cooperate with plaintiff in this regard.

_____
Stipulation to Continue Status Conference

1  IT IS SO STIPULATED.

2  DATED: July 13, 2007                WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

3

4                                      By:    /S/ Erica M. Camarena

5                                             Erica M. Camarena
                                               Attorney for Defendants
6

7  DATED: July 13, 2007                LARRY SYNCLAIR, SR., IN PRO PER
8

9                                      By:    /s/ Larry Sinclair, Sr.
                                               Larry Synclair, Sr.
10

11

12

13     IT IS SO ORDERED.

       Dated:   **July 16, 2007**              **/s/ Dennis L. Beck**
14                                             UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Stipulation to Continue Status Conference                2