IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SYNCLAIR, Sr., | 1: 01 CV 06546 AWI DLB |
| Plaintiff, | ORDER |
| v. | (DOC 82 & 88) |
| COUNTY OF FRESNO, et al., | |
| Defendants. | |

On November 7, 2006 Plaintiff, Larry Synclair, Sr. filed with this Court a Notice of Dismissal stating that he had dismissed his attorney Keith Schneider and that he had "no attorney whatsoever" and that he wished to have future documents served upon him personally and not upon his attorney. A copy of this Notice was served on Defendants who did not object and have in fact served subsequently filed documents on Plaintiff. The Court added Mr. Synclair to the docket as appearing *pro se* and terminated Mr. Schneider's association with the case in the Case Management System.

On July 23, 2007 Mr. Synclair filed a Repeat Notice of Change of Address in which he again notified the Court that Mr. Schneider was no longer his attorney of record in the action. Apparently, in spite of the change in the Court's Case Management System Mr. Schneider is still

1

1  receiving notices of activity in this action.

2       The Court ORDERS that Mr. Synclair be substituted *pro se* in place of his former

3  attorney Keith Schneider and that Mr. Schneider no longer receive notice of filings in this action.

4       IT IS SO ORDERED.

5       **Dated:   August 3, 2007**           **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE