1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE
9                         EASTERN DISTRICT OF CALIFORNIA
10
LARRY SYNCLAIR, SR.,                )        1:01cv6546 AWI DLB
11                                  )
                                    )
12                                  )        ORDER DENYING PLAINTIFF'S
                                    )        MOTION TO FILE DEPOSITIONS
13            Plaintiff,            )
                                    )        (Document 95)
14       vs.                        )
                                    )
15   TARGET CORPORATION, et al.,    )
                                    )
16                                  )
            Defendants.             )
17   _____)

18          On November 27, 2007, Plaintiff filed a motion to file original depositions.  He seeks to file

19   four depositions "for the court's review."  At this time, however, it is not necessary to file the

20   depositions with the Court.  Should Plaintiff need the depositions to support a motion for summary

21   judgment, he may file them as exhibits at that time.

22          Accordingly, Plaintiff's motion is DENIED.  The Clerk of the Court is ORDERED to return

23   Plaintiff's documents.

24          IT IS SO ORDERED.

25   Dated:   **November 28, 2007**              _____ **/s/ Dennis L. Beck** _____
                                                UNITED STATES MAGISTRATE JUDGE
26

27

28                                        1