IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY SYNCLAIR, SR., | ) | 1:01cv6546 AWI DLB |
| | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION TO UTILIZE ELECTRONIC |
| Plaintiff, | ) | COURT FILING |
| | ) | |
| vs. | ) | (Document 100) |
| | ) | |
| TARGET CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On December 19, 2007, Plaintiff Larry Synclair, Sr., appearing pro se, filed a motion to utilize this Court's electronic filing system. Pursuant to Local Rule 5-133(b)(2), Plaintiff's request is GRANTED. Plaintiff shall contact Candice Hutcheson at 559-499-5600 to complete the registration process.

The Court will assume that Plaintiff will accept electronic service unless he informs the Court otherwise. Accordingly, the Clerk is ORDERED to send Plaintiff an agreement to accept service electronically. Plaintiff SHALL return the agreement to the Court within thirty (30) days of the date of service of this order.

1

1 | Plaintiff is reminded that he need not file trial exhibits and/or general discovery with the
2 | Court. Only evidence that will be attached as exhibits to motions need be filed with the Court.
3 |
4 | IT IS SO ORDERED
5 | Dated: December 19, 2007                              /s/ Dennis L. Beck
6 |                                                              U.S. Magistrate Judge