| | |
|---|---|
| James D. Weakley, Esq. | Bar No. 082853 |
| Erica M. Camarena, Esq. | Bar No. 227981 |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, DEPARTMENT OF CHILD ABDUCTION UNIT, WILLIAM FRANK, RON HOPPER, DENNIS LEWIS, and EDWARD HUNT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SYNCLAIR, SR., | CASE NO. CIV F-01-6546 AWI DLB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO EXTEND EXPERT DISCOVERY DEADLINE |
| v. | FRCP 29; Local Rule |
| COUNTY OF FRESNO, et al. | |
| Defendant. | Trial Date: 9-9-08 |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the Scheduling Order will be modified as follows:

- The Expert Discovery deadline date will be extended from February 15, 2008 to March 15, 2008, for the sole purpose of taking the depositions of plaintiff's expert and defendants' rebuttal expert.

- All other dates will remain the same.

DATED: February 7, 2008                WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By: /s/ Erica M. Camarena
Erica M. Camarena
Attorneys for Defendants, COUNTY OF FRESNO, DEPARTMENT OF CHILD ABDUCTION UNIT, WILLIAM FRANK, RON HOPPER, DENNIS LEWIS, and EDWARD HUNT

Stip & Proposed Order to Extend Expert Discovery

| | |
|---|---|
| DATE: February 11, 2008 | LAW OFFICE OF CYNTHIA A. ARROYO |
| | By:  /s/ Cynthia A. Arroyo<br>Cynthia A. Arroyo<br>Attorney for Plaintiff, LARRY SYNCLAIR, SR |

**PROPOSED ORDER**

The Court hereby grants the parties' stipulation, and orders the extension of the Expert Discovery deadline date from February 15, 2008 to March 15, 2008, for the sole purpose of taking the depositions of plaintiff's expert and defendants' rebuttal expert.

IT IS SO ORDERED.

Dated:   **February 25, 2008**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

Stip & Proposed Order to Extend Expert Discovery            2