1  Cynthia A. Arroyo #210348
   740 G Street, Suite F
2  Reedley, CA 93654
   (559) 638-8002 Phone
3  (559) 638-8023 Facsimile

4  Attorney for Plaintiff Larry Synclair

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
7

8  LARRY SYNCLAIR, SR.,                )   Case No: CIV-F-01-6546 AWI DLB
                                        )
9           Plaintiff,                  )   STIPULATION AND PROPOSED
                                        )   ORDER TO EXTEND EXPERT
10                                      )   DISCOVERY DEADLINE
   vs.                                  )
11                                      )
   COUNTY OF FRESNO, DEPARTMENT         )
12 OF CHILD ABDUCTION UNIT,             )   FRCP 37; Local Rules 37-251, 78-230
   WILLIAM FRANK, RON HOPPER,           )
13 DENNIS LEWIS, AND EDWARD HUNT,       )
                                        )
14          Defendants.                 )
                                        )

15

16
         IT IS HEREBY SIPULATED by and between the parties through their
17
   respective counsel, that the Scheduling Order will be modified as follows:
18

19     • The Expert Discovery deadline date will be extended so that Defendant's

20       shall have until April 3, 2008 to designate a rebuttal Expert Witness and

21
         provide said experts report.  Plaintiff will have until May 3, 2008 to
22
         depose Defendant's rebuttal expert witness.  Defendant will depose
23
         Plaintiff's Expert Witness on April 1, 2008.
24

25     • All other dates will remain the same.

26
   Dated: March 6, 2008           LAW OFFICE OF CYNTHIA A. ARROYO
27                                By:

28
                                  /s/ Cynthia A. Arroyo


                                     -1-

1
2  Dated: March 10, 2008
3

Cynthia A. Arroyo
Attorney for Plaintiff, LARRY SYNCLAIR SR.
WEAKLEY, RATLIFF, ARENDT, & McGUIRE, LLP

4
5
6
7

By: __/s/Erica M. Camarena_____
Erica M. Camarena, Attorney for Defendants
COUNTY OF FRESNO, DEPARTMENT OF
CHILD ABDUCTION UNIT, WILLIAM
FRANK, RON HOPPER, DENNIS LEWIS, and
EDWARD HUNT

8
9  **PROPOSED ORDER**

10
11   The Court hereby grants the parties' stipulation, and orders the extension of the
12  Expert Discovery deadline date from March 15, 2008 to April 3, 2008 to designate a
13  rebuttal Expert Witness and provide said experts report.  Plaintiffs will have until May
14  3, 2008 to depose Defendant's rebuttal expert witness.  Defendant will depose
15  Plaintiff's Expert Witness on April 1, 2008.
16
17
18
19   IT IS SO ORDERED.
20
21
22  Dated: 13 March 2008          __/s/ *Dennis L. Beck*_____
23                                 UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

-2-