James D. Weakley, Esq.     Bar No. 082853
Erica M. Camarena, Esq.    Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, DEPARTMENT OF CHILD ABDUCTION UNIT, WILLIAM FRANK, RON HOPPER, DENNIS LEWIS, and EDWARD HUNT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SYNCLAIR, SR., | CASE NO. CIV F-01-6546 AWI DLB |
| Plaintiff, | **STIPULATION TO EXTEND DISCOVERY, DISPOSITIVE MOTIONS AND TRIAL; and ORDER** |
| v. | |
| COUNTY OF FRESNO, et al. | FRCP |
| Defendant. | Local Rule |
| | Current Trial Date: 9-9-08 |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the Scheduling Order will be modified as follows:

1. The trial date currently set to begin on September 9, 2008, will be continued. The new trial date will now begin on March 23, 2009, assuming the Court is available on that date.

2. The Pretrial Conference currently set to be held on July 11, 2008, will be continued. The new Pretrial Conference will be held on January 23, 2009.

3. All non-expert discovery and related discovery motions (including motions to compel) shall be completed or heard no later than August 29, 2008.

4. All expert discovery and related discovery motions (including motions to compel expert discovery) shall be completed or heard no later than September 26, 2008.

5.     All pretrial motions, both dispositive and non-dispositive (except discovery motions addressed above), shall be <u>served and filed</u> no later than October 24, 2008.  All pretrial dispositive and non-dispositive motions (except discovery motions addressed above) shall be set before the appropriate judge for a hearing to be conducted no later than November 24, 2008.

DATE: June  4 , 2008      WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s/ Erica M. Camarena
Erica M. Camarena
Attorneys for Defendants, COUNTY OF FRESNO, DEPARTMENT OF CHILD ABDUCTION UNIT, WILLIAM FRANK, RON HOPPER, DENNIS LEWIS, and EDWARD HUNT

DATE: June  4 , 2008      LAW OFFICE OF CYNTHIA A. ARROYO

By:   /s/ Cynthia A. Arroyo
Cynthia A. Arroyo
Attorney for Plaintiff, LARRY SYNCLAIR, SR

### ORDER

The Court hereby grants the parties' stipulation, and orders the extension of the following dates:

1. The trial shall begin on March 23, 2009 at 8:30 a.m. in Courtroom 2 (JT 7 days).
2. The Pretrial Conference shall be held on January 23, 2009 at 8:30 a.m. in Courtroom 2.
3. All non-expert discovery and related discovery motions (including motions to compel) shall be completed and heard no later than August 29, 2008.
4. All expert discovery and related discovery motions (including motions to compel expert discovery) shall be completed and heard no later than September 26, 2008.
5. All pretrial motions, both dispositive and non-dispositive (except discovery motions

1  addressed above), shall be <u>served and filed</u> no later than October 24, 2008.  All pretrial
2  dispositive and non-dispositive motions (except discovery motions addressed above) shall be
3  set before the appropriate judge for a hearing to be conducted no later than November 24,
4  2008.

6  IT IS SO ORDERED.
7     Dated:   **June 6, 2008**              /s/ **Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE