James D. Weakley, Esq.     Bar No. 082853
Erica M. Camarena, Esq.    Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO, WILLIAM FRANK, RON HOPPER, DENNIS LEWIS, and EDWARD HUNT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SYNCLAIR, SR.,<br><br>             Plaintiff,<br><br>     v.<br><br>COUNTY OF FRESNO, et al.<br><br>             Defendant. | CASE NO. CIV F-01-6546 AWI DLB<br><br>**STIPULATION TO EXTEND DISCOVERY TO CONDUCT DEPOSITIONS OF GARY HAEHNLE AND GEORGE GINGO**<br><br>FRCP 29<br>Local Rule 6-144(a)<br><br>Current Trial Date: 3-23-09 |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that discovery will be extended for the sole purpose of conducting the depositions of Gary Haehnle, former San Diego Deputy District Attorney; and George Gingo, former Fresno County Deputy District Attorney.  This extension is necessary as Mr. Haehnle and Mr. Gingo are not readily available to have their depositions taken any time prior to the discovery deadline.

Plaintiff wishes to take the deposition of Mr. Haehnle, who is now a Commissioner for the San Diego Superior Court and whose schedule is currently complex.  Extending the time to complete discovery will allow the parties to coordinate a convenient time for him to be deposed. Also, defendants would like to take the deposition of Mr. Gingo, who is now living in Mims, Florida.  Mr. Gingo is expected to travel to Fresno, California the week of September 26, 2008 for a scheduled, unrelated trial.  He has assured the partied that he can make himself available to have his deposition taken during this week.  If for some reason Mr. Gingo has a change of plans and is unable travel to California after all, the parties agree to an alternative method of

conducting his deposition, which will be discussed and coordinated at that time.

The parties agree that an extension of time up to and including September 30, 2008 will be sufficient to complete these two depositions. This extension does not interfere with the current motion filing schedule or trial; and there is no prejudice to either party.

**IT IS SO STIPULATED.**

DATE: August 19, 2008        WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s/ Erica M. Camarena
Erica M. Camarena
Attorneys for Defendants, COUNTY OF FRESNO, WILLIAM FRANK, RON HOPPER, DENNIS LEWIS, and EDWARD HUNT

DATE: August 19, 2008        LAW OFFICE OF CYNTHIA A. ARROYO

By:   /s/ Cynthia A. Arroyo
Cynthia A. Arroyo
Attorney for Plaintiff, LARRY SYNCLAIR, SR

**PROPOSED ORDER**

The Court hereby grants the parties' stipulation, and orders the extension of the following dates:

1. Discovery will be extended to September 30, 2008, for the sole purpose of conducting the depositions of Gary Haehnle, former San Diego Deputy District Attorney; and George Gingo, former Fresno County Deputy District Attorney.

IT IS SO ORDERED.

Dated:   **August 20, 2008**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE