IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY SYNCLAIR, SR., | ) | NO. 1:01-CV-06546 AWI DLB |
| Plaintiff, | ) ) | ORDER VACATING NOVEMBER 24, 2008 |
| v. | ) ) | HEARING DATE AND TAKING MATTER UNDER |
| COUNTY OF FRESNO, et al, | ) ) | SUBMISSION |
| Defendants. | ) ) | |

Defendants' motion for summary judgment, or in the alternative, motion for summary adjudication has been set for hearing in this case on November 24, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 24, 2008, is VACATED, and the parties shall not appear at that time. As of November 24, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 19, 2008            /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE