IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY SYNCLAIR, SR., | ) | 1:01cv6546 AWI DLB |
| | ) | |
| | ) | ORDER GRANTING APPLICATION |
| | ) | TO PROCEED IN FORMA PAUPERIS |
| Plaintiff, | ) | ON APPEAL |
| | ) | |
| vs. | ) | (Document 194) |
| | ) | |
| TARGET CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On May 28, 2010, Plaintiff Larry Sinclair filed an application to proceed in forma pauperis on appeal pursuant to Federal Rule of Appellate Procedure 24(a)(1). Review of the application reveals that Plaintiff's application meets the requirements of Rule 24(a)(1) and his request is therefore GRANTED.

IT IS SO ORDERED.

    **Dated:   June 2, 2010**              /s/ **Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE